UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSEPH NICHOLAS ET AL          CIVIL ACTION NO. 15-cv-2513*

VERSUS                         JUDGE JUNEAU

B & J INC                      MAGISTRATE JUDGE HANNA

*Also to be docketed in Civil Action Nos. 6:15-cv-2512 and 6:15-cv-2521*

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation, Rec. Doc. [110] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for No Right or Cause of Action, Rec. Doc. [106] which was filed by Defendant B&J, Inc., is hereby converted to a motion for summary judgment under Rule 56 and **GRANTED**, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims asserted on behalf of Mariah Calais are hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 21st day of December, 2018.

                                           _____
                                           MICHAEL J. JUNEAU
                                           UNITED STATES DISTRICT JUDGE